Oct. 10, 2015

Abel Acosta : Clerk
Court of Criminal Appeals
P. O. Box 12308 Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

OCT 22 2015

Abel Acosta, Clerk

Re : PD-1037-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

Dear Mr. Acosta :

Appellant in the above reffereneed cause - seeks the assistance of this court to secure documents, from the trial court, or district clerk, that give vivid illustration to the deliberate and especially egregious manner in which Appellant's "Bond" was forfeited.

Appellant has tried, to no Avail to secure the mentioned documents. It took the act of "tribunal misconduct" to achieve this violation of the due process clause of the fourteenth amendment.

Ineffective assistance of (appointed) defense counsel (conflict or Interest) Seems to have been the "culprit".

The documents and their Harris County District Clerk document number and date are as follows:

| Date | Document Number |
|------|-----------------|
| 3/14/2013 | 55026595 |
| 3/20/2013 | 61706645 |
| 4/17/2013 | 55360701 |
| 4/22/2013 | 55419094 |

This event (bond forfeiture) was so egregious, that the trial court on 4/22/2013 after all my constitutial rights were compromised — granted a motion to Authorize an Investigation and an Expense Payment for the same.

Appellant would love a copy of the Investigative Report.

How does A court forfeit a bond "off the record"?

Any assistance this court can give to this request, would be greatly appreciated.

Appellant believes these documents would aid "this court" in his request for "REVIEW" as well.

Respectfully requested,

Wade Dix
Appellant.